# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:20-CV-00186-DSC

| | |
|---|---|
| MAXINE H. SAYRE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| BRYAN T. DUNFORD AND GLORIA J. ) | |
| WRIGHT, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Defendants' "Motion for Protective Order" (document #16) and Plaintiff's "Motion to Compel Defendant Wright to Appear and Testify at Her Deposition" (document #19) as well as the parties' briefs and exhibits.

The Court has carefully reviewed the parties' arguments, the authorities and the record. For the reasons stated in Plaintiff's brief, the Court concludes that she is entitled to depose Defendant Wright.

**NOW THEREFORE IT IS ORDERED** that:

1. Defendants' "Motion for Protective Order" (document #16) is **DENIED.**

2. Plaintiff's "Motion to Compel Defendant Wright to Appear and Testify at Her Deposition" (document #19) is **GRANTED**. Plaintiff shall notice Defendant Wright's deposition for a date, time and location agreeable to the parties, provided that if the parties are unable to agree, the deposition shall take place as noticed by Plaintiff.

3. The Clerk is directed to send copies of this Order to counsel for the parties.

   **SO ORDERED**.

   Signed: October 8, 2021

   David S. Cayer
   United States Magistrate Judge